FILED
CLERK U.S. DISTRICT COURT
JAN 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER,<br><br>          Plaintiff,<br><br>    v.<br><br>A. WELCHERT, et al.,<br><br>          Defendants. | Case No. CV 05-2484 MMM(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files of this case, including the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

      IT IS HEREBY ORDERED that: (1) defendants' Motion for Summary Judgment is granted; and (2) Judgment be entered in favor of defendants.

///
///
///
///
///

1

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2   the Judgment in this matter by United States mail on Plaintiff and on Defendants'
3   counsel.

4   IT IS SO ORDERED.

6   DATED: _____January 24_____, ~~2007~~ 2008

8   _____
9   HONORABLE MARGARET M. MORROW
    UNITED STATES DISTRICT JUDGE