JS-6

FILED
CLERK U.S. DISTRICT COURT
JAN 2 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER, | Case No. CV 05-2484 MMM(JC) |
| Plaintiff, | JUDGMENT |
| v. | |
| A. WELCHERT, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that judgment in this action is entered for defendants.

IT IS SO ORDERED.

DATED: _____January 24_____, 2008

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE